October 17, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

### HUMBLE SURGICAL HOSPITAL, LLC, and K & S CONSULTING, LLC D/B/A K+S CONSULTING, Appellants

NO. 14-16-01026-CV                    v.

### SHANNON DAVIS, Appellee

_____

This cause, an interlocutory appeal from the order in favor of appellee, Shannon Davis, signed December 6, 2016, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the decision of the court below **REVERSED** and **RENDER** judgment dismissing with prejudice Davis's claims against appellants, Humble Surgical Hospital, LLC, and K & S Consulting, LLC d/b/a K+S Consulting, and **REMAND** the cause for a determination of reasonable attorney's fees and costs.

We further order that all costs incurred by reason of this appeal be paid by appellee, Shannon Davis.

We further order this decision certified below for observance.